UNITED STATES DISTRICT COURT

DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| BARBARA LUCIA DE MELO RABELO,<br><br>Plaintiff,<br><br>v.<br><br>KRISTI NOEM, SECRETARY, U.S. DEPT. OF HOMELAND SECURITY, *et al.*,<br><br>Defendants. | **ORDER GRANTING MOTION TO EXTEND DEADLINE TO RESPOND TO COMPLAINT**<br><br>Case No. 2:25-cv-01075-CMR<br><br>Magistrate Judge Cecilia M. Romero |

Having considered the parties' Stipulated Motion for Extension of Time (Motion) (ECF 20), and for good cause appearing, the court hereby GRANTS the Motion and ORDERS that the United States shall respond to the complaint on or before January 5, 2026.

DATED this 5 December 2025.

_Cecilia M. Romero_
Magistrate Judge Cecilia M. Romero
United States District Court for the District of Utah