MELISSA HOLYOAK, United States Attorney (9832)
JOEL A. FERRE, Assistant United States Attorney (7517)
Attorneys for the United States of America
111 South Main Street, Suite 1800
Salt Lake City, Utah 84111
(801) 524-5682
joel.ferre@usdoj.gov

UNITED STATES DISTRICT COURT

DISTRICT OF UTAH

| | |
|---|---|
| BARBARA LUCIA DE MELO RABELO,<br><br>Plaintiff,<br><br>v.<br><br>KRISTI NOEM, SECRETARY, U.S. DEPT. OF HOMELAND SECURITY, *et al*.,<br><br>Defendant. | **MOTION FOR ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE DISMISSED**<br><br>Case No. 2:25-cv-1075-CMR<br><br>Magistrate Judge Cecilia M. Romero |

Defendants move this Court for an order to show cause why this case should not be dismissed for failure to prosecute. ECF No. 22.

Ms. De Melo Rabelo filed this case in the United States District Court for the District of Columbia on January 20, 2025. ECF No. 1. On November 25, 2025, the case was transferred to this district. ECF No. 16. Immediately after the case was transferred to this district, the Clerk of Court sent Ms. De Melo Rabelo's counsel a notice of this court's pro hac vice admission requirements (because Ms. De Melo Rabelo's counsel is not admitted to practice in this court). ECF No. 17, 18. Despite these notices, in the weeks since the case was transferred to this district, Ms. De Melo Rabello has not appeared in this case—either on his own behalf or through counsel—or otherwise taken any action to move this case forward.

A court has inherent authority to ussie an order to show cause and consider whether a case should be involuntarily dismissed. *See* DUCivR 41-2 ("At any time, the court may issue an order to show cause requiring a party seeking affirmative relief to explain why the case should not be dismissed for lack of prosecution. If the party does not show good cause, [the judge] may enter an order of dismissal."); *see also Rogers v. Andrus Transp. Servs.*, 502 F.3d 1147, 1151 (10th Cir. 2007) (noting Rule 41(b) of the Federal Rules of Civil Procedure "has long been interpreted to permit courts to dismiss actions sua sponte for a plaintiff's failure to prosecute" (quoting *Olsen v. Mapes*, 333 F.3d 1199, 1204 n.3 (10th Cir. 2003))).

To determine with certainty whether Ms. De Melo Rabelo intends to participate in this matter, the Government respectfully requests that the court issue an order to show cause why the case should not be dismissed sent to Ms. De Melo Rabelo's counsel and direct them to respond.

Dated this 2nd day of January, 2026.

>MELISSA HOLYOAK
>United States Attorney
>
>*/s/ Joel A. Ferre*
>JOEL A. FERRE
>Assistant United States Attorney