MELISSA HOLYOAK, United States Attorney (9832)
ANNE E. RICE, Assistant United States Attorney (7971)
Attorneys for the United States of America
111 South Main Street, Suite 1800
Salt Lake City, Utah 84111
(801) 524-5682
anne.rice@usdoj.gov

---

## UNITED STATES DISTRICT COURT

### DISTRICT OF UTAH

| | |
|---|---|
| BARBARA LUCIA DE MELO RABELO,<br><br>    Plaintiff,<br><br>    v.<br><br>KRISTI NOEM, Secretary, U.S. Department of Homeland Security, et al.,<br><br>    Defendants. | **MOTION FOR ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE DISMISSED**<br><br>Case No. 2:25-cv-01075-DAK-CMR<br><br>Judge Dale A. Kimball<br>Magistrate Judge Cecilia M. Romero |

Defendants move this Court for an order to show cause why this case should not be dismissed for failure to prosecute.

Ms. De Melo Rabelo filed this case in the United States District Court for the District of Columbia on January 20, 2025. ECF No. 1. On November 25, 2025, the case was transferred to this district. ECF No. 16. Immediately after the case was transferred to this district, the Clerk of Court sent Ms. De Melo Rabelo's counsel a notice of this court's pro hac vice admission requirements (because Ms. De Melo Rabelo's counsel are not admitted to practice in this court). ECF Nos. 17, 18. Despite these notices, in the weeks since the case was transferred to this district, Ms. De Melo Rabello has not appeared in this case—either on her own behalf or through counsel—or otherwise taken any action to move this case forward.

A court has inherent authority to issue an order to show cause and consider whether a case should be involuntarily dismissed. *See* DUCivR 41-2 ("At any time, the court may issue an order to show cause requiring a party seeking affirmative relief to explain why the case should not be dismissed for lack of prosecution. If the party does not show good cause, [the judge] may enter an order of dismissal."); *see also Rogers v. Andrus Transp. Servs.*, 502 F.3d 1147, 1151 (10th Cir. 2007) (noting Rule 41(b) of the Federal Rules of Civil Procedure "has long been interpreted to permit courts to dismiss actions sua sponte for a plaintiff's failure to prosecute" (quoting *Olsen v. Mapes*, 333 F.3d 1199, 1204 n.3 (10th Cir. 2003))).

To determine with certainty whether Ms. De Melo Rabelo intends to participate in this matter, the Defendants respectfully request that the court issue an order to show cause why the case should not be dismissed and direct her to respond. As noted in the attached Certificate of Service, Defendants have served a copy of this motion on Ms. De Melo Rabelo and on counsel of record listed in the complaint.

Dated this 3rd day of February, 2026.

MELISSA HOLYOAK
United States Attorney

*/s/ Anne E. Rice*
ANNE E. RICE
Assistant United States Attorney

2

## CERTIFICATE OF SERVICE

The undersigned Assistant United States Attorney hereby certifies that on February 3, 2026, the Defendants' **MOTION FOR ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE DISMISSED and the accompanying proposed order** were served by e-mail and first-class mail to the following:

Daniel Joseph Jones
Law Office of D. J. Jones PLLC
2101 L St NW, Suite 300
Washington, DC 20037
joe@djjon.es

Marcelo Gondim
Gondim Law Corp.
1880 Century Park East, Suite 400
Los Angeles, CA 90067
court@gondim-law.com

Barbara Lucia De Melo Rabelo
1316 North 50 West
Pleasant Grove, UT 84062

MELISSA HOLYOAK
United States Attorney

/s/ Anne E. Rice
ANNE E. RICE
Assistant United States Attorney