MELISSA HOLYOAK, First Assistant United States Attorney (9832)
ANNE E. RICE, Assistant United States Attorney (7971)
Attorneys for the United States of America
111 South Main Street, Suite 1800
Salt Lake City, Utah 84111
(801) 524-5682
anne.rice@usdoj.gov

UNITED STATES DISTRICT COURT

DISTRICT OF UTAH

| | |
|---|---|
| BARBARA LUCIA DE MELO RABELO, <br><br> Plaintiff, <br><br> v. <br><br> KRISTI NOEM, Secretary, U.S. Department of Homeland Security, et al., <br><br> Defendants. | **AMENDED[1] REQUEST TO SUBMIT FOR DECISION ON MOTION FOR ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE DISMISSED** <br><br> Case No. 2:25-cv-01075-DAK-CMR <br><br> Judge Dale A. Kimball <br> Magistrate Judge Cecilia M. Romero |

Pursuant to DUCivR 7-3, Defendants request that the court issue a decision on the Motion for Order to Show Cause Why the Case Should Not be Dismissed for failure to prosecute (ECF 27).

Defendants filed the Motion for OSC on February 3, 2026 (no hearing was requested). On that day, Defendants served the Motion on attorneys Daniel Joseph Jones and Marcelo Gondim, who had appeared in the matter when it was pending in the District Court for the

---

[1]   *See* footnote 2, *infra*.

District of Columbia. *See id.* at 3 (Certificate of Service).[2] Defendants also served Plaintiff Barbara Lucia De Melo Rabelo on February 3, 2026. *Id.* The deadline to respond to the Motion was February 17, 2026. No response has been filed to date. Accordingly, Defendants respectfully request that the court grant the Motion for OSC.

Dated this 20th day of March, 2026.

MELISSA HOLYOAK
First Assistant United States Attorney

*/s/ Anne E. Rice*
ANNE E. RICE
Assistant United States Attorney

---

[2]   The mailing address listed in the Complaint for Plaintiff's attorney Daniel Joseph Jones appears to be out of date. Accordingly, Defendants have obtained an address through an online search, which is listed in the attached amended Certificate of Service. Defendants have no reason to believe that the email address Mr. Jones listed on the Complaint is out of date. They served the Motion for OSC on Mr. Jones at that email address as well.

## CERTIFICATE OF SERVICE

The undersigned Assistant United States Attorney hereby certifies that on March 20, 2026, the Defendants' **REQUEST TO SUBMIT FOR DECISION ON DEFENDATS' MOTION FOR ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE DISMISSED** wase served by e-mail and first-class mail to the following:

Daniel Joseph Jones
Law Office of D. J. Jones PLLC
1025 Thomas Jefferson St NW, Suite 400W
Washington, DC 20007
joe@djjon.es

Marcelo Gondim
Gondim Law Corp.
1880 Century Park East, Suite 400
Los Angeles, CA 90067
court@gondim-law.com

Barbara Lucia De Melo Rabelo
1316 North 50 West
Pleasant Grove, UT 84062

MELISSA HOLYOAK
First Assistant United States Attorney

*/s/ Anne E. Rice*
ANNE E. RICE
Assistant United States Attorney

3