**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF UTAH**

| | |
|---|---|
| **BARBARA LUCIA DE MELO RABELO,**<br><br>**Plaintiffs,**<br><br>**vs.**<br><br>**KRISTI NOEM, et al.,**<br><br>**Defendant.** | **ORDER**<br><br>**Case No. 2:25-CV-1075-DAK-CMR**<br><br>**Judge Dale A. Kimball**<br><br>**Magistrate Judge Cecilia M. Romero** |

On March 26, 2026, the court issued an Order to Show Cause why the case should not be dismissed for failure to prosecute. The Order indicated that if Plaintiff did not respond, the by April 10, 2026, the action would be dismissed. The court mailed copies of the Order to Plaintiff's counsel at the only address the court has for counsel. The court has received no response from Plaintiff. The deadline for responding to the Order to Show Cause or to take any other action to move the case forward has long passed. Accordingly, the court dismisses this action without prejudice for failure to prosecute. Accordingly, this action is closed.

DATED this 24th day of June 2026.

BY THE COURT:

DALE A. KIMBALL
United States District Judge